+40 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

ROBB ENTERPRISES, LLC

                *Plaintiff,*

v.

ALI BEYDOUN
and
VENOY VALERO GAS STATION

                *Defendant.*

Case: 2:16-cv-11205
Judge: Cohn, Avern
MJ: Whalen, R. Steven

FILED 2016 APR -4 P 1:41

## SUMMONS IN A CIVIL ACTION

To: ALI BEYDOUN

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    RONRICO D. ROBB
    ROBB ENTERPRISES, LLC
    244 MADISON AVENUE
    SUITE 313
    NEW YORK, NY 10016

    If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____
*Signature of Clerk or Deputy Clerk*

Date of Issuance: 4/4/16